UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 11-50671 |
| GATLING'S CHARTER, INC. | |
| | Chapter: 11 |
| | Honorable A. Benjamin Goldgar |
| Debtor(s) | |

## GRANTING AMENDED FIRST AND FINAL APPLICATION FOR PROFESSIONAL COMPENSATION FOR LAW OFFICE OF THOMAS W. LYNCH, P.C.

This matter having come before the Court on the first and final application for compensation for professional services rendered to the Debtor by the Law Office of Thomas W. Lynch, P.C., the matter having been noticed to all creditors and the United States Trustee, the Court having reviewed the application, the Firm's time-sheets and having determined the application satisfies Local Rule 5082 of this Court and that the fees were reasonably and necessarily incurred in representing the Debtor during the course of the case:

IT IS HEREBY ORDERED:

1) The application of the Law Office of Thomas W. Lynch, P.C. is hereby GRANTED *in part*.
2) The Law Office of Thomas W. Lynch, P.C. is hereby allowed and awarded in the amount of ~~$21,621.00~~ $19,596. *reduced*

Enter:

Dated: 17 DEC 2012

United States Bankruptcy Judge

**Prepared by:**

Thomas W. Lynch, Esq.
LAW OFFICE OF THOMAS W. LYNCH, P.C.
9231 South Roberts Road
Hickory Hills, IL 60457
Tel: (708) 598-5999
Twlpc@att.net

Rev: 20120501_bko